**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Omar Daniel Trujillo-Diaz,

Petitioner,

v. No. 2:26-cv-03433-MLG-JFR

Warden, Torrance County Detention Facility, Christopher McGregor, El Paso Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); David J. Venturella, in his official capacity as Director of Immigration and Customs Enforcement ("ICE"); Markwayne Mullin, in his official capacity as the acting Secretary of the Department of Homeland Security ("DHS"); and Todd Blanche, as the Attorney General of the United States,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Omar Trujillo-Diaz's Verified Petition for a Writ of Habeas Corpus ("Petition"), Doc. 2. Trujillo-Diaz, a native of Mexico, has been held in Federal Respondents'[1] custody since April 24, 2026. *Id.* at 1-2. Trujillo-Diaz argues that his continued detention pursuant to a final removal order has become unconstitutional as it has surpassed the presumptively reasonable six-month period of detention and his removal is not significantly likely to occur in the reasonably foreseeable future because Federal Respondents are unable to deport him to Mexico and have not identified a third country for removal. Doc. 2 at 2, 4, 22. Federal Respondents do not contest the facts or legal arguments presented in the Petition. Doc. 7 at 1-2. Given this, Federal Respondents have failed to rebut Trujillo-Diaz's showing that "there

[1] The Court uses "Federal Respondents" to refer to all Respondents in this matter other than the Warden of the Torrance County Detention Facility.

is no significant likelihood of removal in the reasonably foreseeable future." *Bejarbaneh v. Mullin*, 1:26-CV-01451-MLG-GJF, 2026 WL 1724942, at *2 (D.N.M. June 12, 2026) (internal quotation marks omitted) (quoting *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)). His continued detention is therefore "unreasonable and no longer authorized by statute." *Id.* (internal quotation marks omitted) (quoting *Zadvydas*, 533 U.S. at 699-700)).

Accordingly, Trujillo-Diaz must be released within forty-eight hours of the entry of this Order, subject to reasonable conditions of supervision. *See Zadvydas*, 533 U.S. at 700; 8 U.S.C. § 1231(a)(3). Trujillo-Diaz shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA